| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Noonan, Jr., John T. | U.S. Court of Appeals, 9th | 06/28/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge, Senior | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals <br> 95 Seventh Street <br> San Francisco, CA 94103 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | Thomas More-Jacques Maritain Institute (non-profit cultural organization) |
| 2. | Member | Advisory Council, Transparency International |
| 3. | Member | Editorial Board, American Journal of Jurisprudence |
| 4. | Member | President's Council, Graduate Theological School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/01/86 | University of California pension based on service |
| 2. | | |
| 3. | | |

Noonan, Jr., John T

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Pension: University of California | $43,391.80 |
| 2. 2010 | Royalty-West Group Foundation Press | $708.51 |
| 3. 2010 | Stipend: University of Southern California | $1,000.00 |
| 4. 2010 | Refund: California Franchise Tax Board | $1,918.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Institute for Advanced Catholic Studies-University of Southern California | 3/23/2010-3/25/2010 | Los Angeles, California | Lecture | Airfare, Transportation, Tips |
| 2. | Court Symposium | 4/18/2010-4/21/2010 | Rancho Palos Verdes, California | Conference | Lodging, Food, Tips, Airfare, Transportation |
| 3. | Arizona State University-College of Law | 4/25/2010-4/26/2010 | Tempe, Arizona | Conference | Airfare, Lodging, Transportation, Meal, Tips |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/28/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Fidelity Magellan Fund | A | Dividend | M | T | | | | | |
| 2. | Fidelity CA Muni Income Fund (formerly Spartan CA Muni Fd) | D | Interest | M | T | | | | | |
| 3. | BP P.L.C. | A | Dividend | J | T | | | | | |
| 4. | Wells Fargo Checking Account | A | Interest | M | T | | | | | |
| 5. | Wells Fargo Market Rate Account | A | Dividend | L | T | | | | | |
| 6. | Wells Fargo IRAs | B | Interest | K | T | | | | | |
| 7. | Dreyfus Muni Bond Fund (formerly Insured Muni Bond Fund) | A | Dividend | | | Redeemed | 03/03/10 | J | A | |
| 8. | Teachers Insurance and Annuity Association | D | Interest | M | T | | | | | |
| 9. | DWS Global Fund (formerly Scudder Int'l Bond Fund | B | Dividend | K | T | | | | | |
| 10. | Wells Fargo Investments-Thornburg Investment Trust | D | Dividend | N | T | | | | | |
| 11. | Wells Fargo Bank CD (formerly Wachovia Time Deposit) | A | Interest | | | Closed | 04/24/10 | | | |
| 12. | Fidelity Investments (X) | C | Dividend | N | T | | | | | |
| 13. | Fidelity Investments (X) | A | Dividend | J | T | | | | | |
| 14. | Legacy Treasury Direct (X) | B | Interest | K | T | | | | | |
| 15. | Legacy Treasury Direct (X) | B | Interest | K | T | | | | | |
| 16. | Bank of America (formerly Cambridge Trust Company) (X) | A | Interest | L | T | | | | | |
| 17. | Brokerage Account Number 1 Bear Stearns | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -JP Morgan Chase | A | Dividend | L | T | | | | | |
| 19. -General Mills | B | Dividend | L | T | | | | | |
| 20. -Procter & Gamble Common | B | Dividend | L | T | | | | | |
| 21. -Neurobiological Technologies | | None | J | T | | | | | |
| 22. -BP P.L.C. | A | Dividend | K | T | | | | | |
| 23. -Coca Cola Common | B | Dividend | L | T | | | | | |
| 24. -Eli Lilly Corporation | B | Dividend | K | T | | | | | |
| 25. -IBM Common | B | Dividend | L | T | | | | | |
| 26. -Fortune Brands | A | Dividend | K | T | | | | | |
| 27. -Monsanto | A | Dividend | K | T | | | | | |
| 28. -Pfizer | B | Dividend | K | T | | | | | |
| 29. -Calvert Social Investment Fund | | None | K | T | | | | | |
| 30. -JP Morgan Prime Money Market Fund | A | Interest | M | T | Buy | 02/01/10 | J | | |
| 31. -JP Morgan Prime Money Market Fund | | | | | Buy | 08/02/10 | J | | |
| 32. -JP Morgan Prime Money Market Fund | | | | | Buy | 11/01/10 | J | | |
| 33. -Diamond Hill Long-Short Fund | | None | L | T | | | | | |
| 34. -Ca State University Revenue Bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/28/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -North of the River Sanitary District Bond | B | Interest | K | T | | | | | |
| 36. Trust Number 1 (No personal income) | D | Dividend | N | T | | | | | |
| 37. -Westfield Mass GO Bonds | | | | | Redeemed | 05/03/10 | J | A | |
| 38. -Fleet International Equity Fund | | | | | Buy | 07/06/10 | J | | |
| 39. -Fleet Tax Exempt Fund | | | | | Buy | 07/06/10 | K | | |
| 40. -Fleet Large Cap Value Fund | | | | | Sold | 07/06/10 | J | A | |
| 41. -Fleet Small Cap Growth Fund | | | | | Sold | 07/06/10 | J | A | |
| 42. -Fleet Mid Cap Growth Fund | | | | | Sold | 07/06/10 | J | A | |
| 43. -Fleet Large Cap Growth Fund | | | | | Sold | 07/06/10 | J | A | |
| 44. -Fleet International Equity Fund | | | | | Sold | 10/05/10 | K | A | |
| 45. -Fleet Small Cap Growth Fund | | | | | Sold | 10/05/10 | J | A | |
| 46. -Fleet Mid Cap Growth Fund | | | | | Sold | 10/05/10 | J | A | |
| 47. -Fleet Tax Exempt Fund | | | | | Sold | 10/05/10 | J | A | |
| 48. -Columbia High Yield Muni Fund | | | | | Buy | 10/05/10 | J | | |
| 49. -Fleet Large Cap Value Fund | | | | | Buy | 10/05/10 | J | | |
| 50. -Delaware Emerging Markets Fund | | | | | Buy | 10/05/10 | K | | |
| 51. -Natixis Funds Trust | | | | | Buy | 10/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Old Mutual Mid Cap Value Fund | | | | | Buy | 10/05/10 | J | | |
| 53. -Pimco Commodity Real Return Fund | | | | | Buy | 10/05/10 | J | | |
| 54. -Westcore Small Cap Value Fund | | | | | Buy | 10/05/10 | J | | |
| 55. Trust Number 2 (No personal income) | D | Dividend | M | T | | | | | |
| 56. -Columbia High Yield Muni Fund | | | | | Buy | 10/05/10 | J | | |
| 57. -Delaware Emerging Markets Fund | | | | | Buy | 10/05/10 | J | | |
| 58. -Eaton Vance Large Cap Value Fund | | | | | Buy | 10/05/10 | J | | |
| 59. -Pimco Commodity Fund | | | | | Buy | 10/05/10 | J | | |
| 60. -Fleet International Equity Fund | | | | | Sold | 10/05/10 | J | A | |
| 61. -Fleet Small Cap Growth Fund | | | | | Sold | 10/05/10 | J | A | |
| 62. -MA Intermediate Term Fund | | | | | Sold | 10/05/10 | J | A | |
| 63. -Fleet Mid Cap Growth Fund | | | | | Sold | 10/05/10 | J | A | |
| 64. -Fleet Large Cap Growth Fund | | | | | Sold | 10/05/10 | J | A | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Noonan, Jr., John T. | 06/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Two trusts referred to in this report are as follow:

1. ▮▮▮▮▮ Trust: The ▮▮▮▮▮ Trust was created by ▮▮▮▮ on December 15, 1976. It became irrevocable on her death in 1990 and divided into three shares. The trustee has discretion to pay the income and principal of my share to ▮▮▮▮▮

2. ▮▮▮▮▮ 1976 Trust: ▮▮▮▮▮ 1976 Trust was formed by ▮▮▮▮ in 1976 and became irrevocable on his death in 1987. On his death the property was divided into equal shares ▮▮▮▮▮ The trustee has discretion to pay some or all of the net income or principal of my share to ▮▮▮▮▮ The trust terminates on the death of ▮▮▮▮▮

3. The income of both trusts was paid by the trustee in 2010 to ▮▮▮▮▮ all over 21 years of age. At the request of the Committee on Financial Disclosure, I have summarized the reports I have received.

In April 2000, Fleet Bank acquired the Bank of Boston and became the trustee of the above trusts. The trusts were also subdivided into distinct trusts for each of the ▮▮▮▮ of the grantors, so that there is now a distinct trust for ▮▮▮▮▮ under the same trust instruments. Report is not made here of the sales of odd lots (typically one or two shares) made to make it easier to divide the trusts into thirds. The money market fund, Galaxy, was arranged by Fleet to take over the functions performed by the money market Boston 1784 funds; investments in these money market funds are noted on an annual basis.

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 06/28/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ John T. Noonan, Jr.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544